```
Doc# 2008051194
Bk 15519   Pg 0792
Received York SS
11/12/2008    2:19PM
Debra L. Anderson
Register of Deeds
```

Recording Requested By:
SELECT PORTFOLIO SERVICING, INC.

When Recorded Return To:

BILL KOCH
SELECT PORTFOLIO SERVICING, INC.
3815 SW TEMPLE
SALT LAKE CITY, UT 84115

## CORPORATE ASSIGNMENT OF MORTGAGE

York, Maine   SELLER'S SERVICING #:         "BROWNELL"
INVESTOR #:
MERS #:

Date of Assignment: October 7th, 2008
Assignor: NEW CENTURY MORTGAGE CORPORATION BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC. at 3815 SW TEMPLE, SALT LAKE CITY, UT 84115
Assignee: DLJ MORTGAGE CAPITAL, INC. at 3815 SW TEMPLE, SALT LAKE CITY, UT 84115

Executed By: KEITH BROWNELL, UNMARRIED MAN To: NEW CENTURY MORTGAGE CORPORATION
Date of Mortgage: 07/24/2006 Recorded: 08/11/2006 In Book/Reel/Liber: 14923 Page/Folio: 555 as Instrument No.: 2006044026 In York, Maine

Property Address: 39 SUNNY LANE, SANFORD, ME 04073

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $172,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

NEW CENTURY MORTGAGE CORPORATION BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC.
On _____ OCT 0 9 2008
By: _____
Bill Koch, Document Control Officer

STATE OF Utah
COUNTY OF Salt Lake
On OCT 0 9 2008 _____, before me, KIMBERLY CLARK, a Notary Public in and for Salt Lake in the State of Utah, personally appeared Bill Koch, Document Control Officer , NEW CENTURY MORTGAGE CORPORATION BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC. personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

KIMBERLY CLARK
Notary Expires: 12/11/2011

NOTARY PUBLIC
KIMBERLY CLARK
3815 South 92 West
Salt Lake City, Utah 84115
My Commission Expires
December 11, 2011
STATE OF UTAH

(This area for notarial seal)

*Handwritten margin note:* Drummond & Drummond, 1 Monument Way, Portland ME 04101, 1pg


EXHIBIT D